IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAD GARDNER and DENISE CATALDI, | : : : |
| Plaintiff, | : Civil Action : |
| v. | : No. 13-cv-3467 : |
| NORFOLK SOUTHERN CORP., et. al. | : : : |
| Defendants. | : : |

## ORDER

**AND NOW**, this 2nd day of October 2013, upon consideration of defendants' motion for transfer of venue, Doc. No. 11, and plaintiffs' response thereto, Doc. No. 12,

**IT IS HEREBY ORDERED:**

1.) Defendant's motion is **GRANTED**;

2.) This action is transferred to the United States District court for the District of New Jersey; and

3.) The clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.